UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:   0:23cv60466

MICHAEL HARVEY

    Plaintiff,

v.

PRESIDIO NETWORKED SOLUTIONS  LLC

    Defendant.                               /

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff, MICHAEL HARVEY (hereinafter "Plaintiff" or "HARVEY") sues the Defendant, PRESIDIO NETWORKED SOLUTIONS LLC (hereinafter "Defendant" or "PRESIDIO") and alleges as follows:

## NATURE OF CLAIMS

1. This is an action for damages and equitable relief for age discrimination brought pursuant to the Florida Civil Rights Act of 1992, as amended, Chapter §760, Fla. Stat., ("FCRA") and the Age Discrimination in Employment Act ("ADEA") as amended.

## JURISDICTION AND VENUE

2. This Court has jurisdiction of the action pursuant to 28 U.S.C. §1331 and the ADEA. The Court's supplemental jurisdiction is invoked for the Plaintiff's state law claims pursuant to 28 U.S.C. §1367.

3. Venue properly lies in this judicial district pursuant to 28 U.S.C. §1391(b), in that the Defendant maintains offices within this judicial district, and a substantial part of the events constituting the discrimination have taken place within this judicial district.

## PARTIES AND COMPLIANCE WITH PROCEDURAL REQUIREMENTS

4. HARVEY is always a male of 67 years of age and at all times material hereto, a resident of Broward County, Florida.

5. HARVEY was at all material times an individual employed by PRESIDIO within the meaning of the ADEA and the FCRA.

6. PRESIDIO was at all times material HARVEY's "employer" within the meaning of the ADEA, and the FCRA. PRESIDIO is a Florida limited liability company with its principal place of business in New York, New York; however, it has an office and conducts business in Broward County, Florida.

7. Defendant acted through its agents, servants and representatives and/or employees at all times material hereto.

8. Plaintiff has complied with the administrative prerequisites of the FCRA and the ADEA by timely filing a Charge of Discrimination based on age discrimination with the Equal Employment Opportunity Commission ("EEOC"), and the Florida Commission on Human Relations ("FCHR") on September 14, 2022. A copy of Plaintiff's Charge of Discrimination is attached hereto and marked as **Exhibit "A"**. More than 180 days has elapsed since the Plaintiff filed his Charge of Discrimination and the FCHR has not issued any determination regarding his Charge of Discrimination.

9. On February 22, 2023, the EEOC issued a right to sue letter to HARVEY. A true copy of the Letter Determination is attached and marked as **Exhibit "B"**.

10. Plaintiff has fulfilled the conditions precedent and administrative prerequisites of both state and federal law prior to filing his Complaint.

## GENERAL ALLEGATIONS

11. HARVEY began his employment with PRESIDIO in July 2015 as a data center

solutions architect.

12. HARVEY was one of approximately ten (10) date center solutions architects who worked for PRESIDO, all of whom are substantially younger than HARVEY.

13. For most of his employment with PRESIDIO, HARVEY was a solid performer who was never issued any negative performance evaluations or disciplinary action.

14. In March 2022, Walter Hendrick, who is substantially younger than HARVEY, was hired as the Lead of data center architects.

15. Mr. Hendricks started micromanaging HARVEY after he became his supervisor.

16. Ms. Hendricks required HARVEY to submit his work at the end of each day so that he could review it.

17. This was first time during his employment that HARVEY was told his work was subpar.

18. Mr. Hendricks was critical of HARVEY's work.

19. Mr. Hendricks was not treating any of HARVEY's youger co-workers the same way he was treating HARVEY.

20. On August 1, 2022, HARVEY was written up for allegedlly violating several company policies.

21. On August 15, 2022, PRESIDIO terminated HARVEY's employment for allegedly not folloiwng direction.

22. HARVEY believes the write-up he received was pretextual and was made to cover up PRESIDIO's discriminatory motives.

23. HARVEY was the oldest employee in his position and is significantly older than most other employees at PRESIDIO.

24. HARVEY believes that he was targeted by Mr. Hendricks and terminated because of

his age.

## COUNT I – VIOLATION OF THE FCRA
### AGE DISCRIMINATION

25. Plaintiff realleges and incorporates by reference as if fully set forth, the allegations in paragraphs 1 through 24.

26. Defendant and its managers and agents violated the FCRA by terminating HARVEY because of his age.

27. Defendant acted intentionally and with malice and reckless disregard for Plaintiff's rights under the FCRA.

28. As a result of Defendant's unlawful employment practices, Plaintiff has suffered damages, including loss of wages, benefits, and other compensation; harm to his personal and business reputations; emotional distress including, but not limited to, humiliation and embarassment; and other pecuniary and non-pecuniary losses.

WHEREFORE, Plaintiff prays that this Honorable Court will enter an Order:

A. Declaring that Defendant violated Plaintiff's rights as protected by the laws of the FCRA;

B. Awarding Plaintiff back pay and the value of his lost employment benefits;

C. Awarding Plaintiff front pay in lieu of reinstatement;

D. Awarding Plaintiff compensatory damages for his emotional distress, humiliation, embarassment and loss of reputation;

E. Awarding Plaintiff punitive damages;

F. Awarding Plaintiff his attorney's fees and costs;

G. Awarding Plaintiff pre and post judgment interest; and

H. Awarding any and all further relief as this Court may deem just and appropriate.

## COUNT II – VIOLATION OF THE ADEA
## AGE DISCRIMINATION

29. Plaintiff re-alleges and incorporates by reference as if fully set forth, the allegations in paragraphs 1 through 24.

30. Defendant and its managers and agents violated the ADEA by terminating HARVEY because of his age.

31. As a result of Defendant's conduct, Plaintiff has been damaged.

32. Defendant acted intentionally and with malice and reckless disregard for HARVEY's rights under the ADEA and thus HARVEY is entitled to liquidated damages under the ADEA.

WHEREFORE, Plaintiff demands an award against Defendant for compensatory damages including lost wages and benefits, liquidated damages, interest, costs, and attorneys' fees under the ADEA.

## JURY DEMAND

Plaintiff demands a trial by jury of all issues in this action.

Dated: March 13, 2023

                                  **GALLUP AUERBACH**
                                  *Counsel for Plaintiff*
                                  4000 Hollywood Boulevard
                                  Presidential Circle-Suite 265 South
                                  Hollywood, Florida 33021
                                  Tel: (954) 894-3035 Fax: (754) 200-2836
                                  E-mail:jauerbach@gallup-law.com

                                  By:    */s/ Jacob K. Auerbach*
                                              Jacob K. Auerbach
                                            Florida Bar No.: 084003